PD-1321-15



# TENTH COURT OF APPEALS

**Chief Justice**
*Tom Gray*

**Justices**
*Rex D. Davis*
*Al Scoggins*

McLennan County Courthouse
501 Washington Avenue, Rm. 415
Waco, Texas 76701-1373
Phone: (254) 757-5200 Fax: (254) 757-2822

**Clerk**
*Sharri Roessler*

September 30, 2015

Hon. Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308
Austin, TX 78711

FILED IN
COURT OF CRIMINAL APPEALS
OCT 08 2015
Abel Acosta, Clerk

**RE:** Court of Appeals Number: 10-15-00287-CR
Trial Court Case Number: 06-02558-CRF-85

**STYLE:** In re Brian Damon Ward

We received the enclosed "Notice of Intent to Appeal" in the above referenced case on September 24, 2015 and are forwarding it to the Court of Criminal Appeals for action, if any.

Sincerely,

Sharri Roessler, Clerk

By: Nita Whitener
Nita Whitener, Deputy Clerk

CC: Brian D. Ward
Jared Brehmer
Hon. Kyle Hawthorne
Jarvis J. Parsons

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 05 2015
Abel Acosta, Clerk

CAUSE NO 10-15-00287-CR

WACO, TEXAS
TENTH COURT OF APPEAL

MR BRIAN DAMON WARD T.D.CJ # 1426930
RELATOR

VS.

THE HONABLE JUDGE LANGLEY AND HIS DESIGNEES
THE CITY OF BRYAN, COUNTY, BRAZOS BRYAN POLICE DEPT - CHIEF OF POLICE BYRON MARROW (REAL PARTY) AND DESIGNEES
THE LAW OFFICE OF KYLE HAWTHORNE AND DESIGNEES
THE LAW OFFICE OF

NOTICE OF INTENT TO APPEAL IN CASE NUMBER 10-15-00287-CR

PURSUANT TO TEX RULE OF CIV. PROC. RULE 49(A;1,B)B(3) 2009 EDITION ANSWERS ARE INCONSISTENT WIT THE MOTION (WRIT FOR MANDAMUS 37.10 SEC. (IS NOT A CRIMINAL PROCEEDING, POST-CONVICTION HABEAS; IT'S A COMPEL WRIT

- - - - - - - - - - - - - - - - - - - - - - - -

MR BRIAN DAMON WARD T.D.CJ # 1426930 (RELATOR) NOTICE OF APPEAL OF THE HONORABLE JUSTICE REX DAVIS, OF THE TENTH COURT OF APPEAL, TEXAS, WACO DECISION AND INTERPRETOR OF THE WRIT DURING DISPOSTION

SEPTEMBER 10, 2015

RECEIVED
SEP 24 2015
COURT OF APPEALS
WACO, TEXAS

- - - - - - - - - - - - - - - - - - - - - - - -

I DECLARE UNDER PENALTY OF PERJURY ALL FACTS PRESENTED IN WRIT 10-15-00287CR AND ATTACHMENT THERETO ARE TRUE AND CORRECT.

Mr Brian Damon Ward

RELATOR

Mr BRIAN DAMON WARD T.D.C.J #2426930
WILLIAM P. CLEMENS UNIT
9601 SPUR 591
AMARRILLO, TEXAS 79107-9601